IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE WILLIAMS COMPANIES, INC., a Delaware corporation; and TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE INSURANCE LTD., a foreign corporation,<br><br>Defendant. | Case No. 13-CV-571-CVE-FHM |

## JOINT STATUS REPORT OF THE PARTIES

The parties hereby inform the Court that they have settled their differences and that the Tribunal appointed in the arbitration between the parties in London has been requested on behalf of both parties to issue an Order dismissing the arbitration. The parties will submit a Stipulation of Dismissal With Prejudice of this case.

Respectfully Submitted,

**CONNER & WINTERS, LLP**

By:  s/JAMES E. GREEN, JR.
James E. Green, Jr., OBA No. 3582
4000 One Williams Center
Tulsa, OK  74172-0148
918 / 586-8516 Direct
918 / 586-8616 Fax
jgreen@cwlaw.com

**Attorneys for Plaintiffs,
The Williams Companies, Inc. and
Transcontinental Gas Pipe Line Company, LLC**

-   And   -

McAFEE & TAFT

By: s/ WILLIAM S. LEACH
William S. Leach, OBA No. 14892
1717 South Boulder, Suite 900
Tulsa, OK 74119
918 / 574-3063 Direct
918 / 574-3163 Fax

**Attorneys for Defendant,
Ironshore Insurance LTD.**