IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE WILLIAMS COMPANIES, INC., a Delaware corporation; and TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE INSURANCE LTD., a foreign corporation,<br><br>Defendant. | Case No. 13-CV-571-CVE-FHM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereto, pursuant to 41(a)(1)(A)(ii), FR. CIV. P., stipulate that the above styled and numbered lawsuit and all claims therein are hereby dismissed with prejudice to the re-filing of the same, with each party to bear its own attorney fees and costs.

Respectfully Submitted,

**CONNER & WINTERS, LLP**

By: s/JAMES E. GREEN, JR.
James E. Green, Jr., OBA No. 3582
4000 One Williams Center
Tulsa, OK 74172-0148
918 / 586-8516 Direct
918 / 586-8616 Fax
jgreen@cwlaw.com

**Attorneys for Plaintiffs,
The Williams Companies, Inc. and
Transcontinental Gas Pipe Line Company, LLC**

-   And   -

McAFEE & TAFT

By:   s/WILLIAM S. LEACH
      William S. Leach, OBA No. 14892
      1717 South Boulder, Suite 900
      Tulsa, OK 74119
      918 / 574-3063 Direct
      918 / 574-3163 Fax

**Attorneys for Defendant,
Ironshore Insurance LTD.**